# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVON PETROSIAN,<br><br>                    Petitioner,<br><br>          v.<br><br>MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, et al.,<br><br>                    Respondents. | Case No. 5:26-cv-01733-PA-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  Respondents declined to present an opposition argument to the relief sought by Petitioner.  (Dkt. 13 at 2 ("Respondents are not presenting an opposition argument at this time.").)  Therefore, the Magistrate Judge determined that it was appropriate to waive the objections period entirely and directed that the parties could file objections directly before this Court.  As of signing this Order, the Court has not received any objections.  Regardless, the Court has conducted a *de novo* review of the Report and Recommendation and agrees with the findings, conclusions, and recommendations of the Magistrate Judge.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is GRANTED.  Respondents shall immediately release Petitioner from custody on his prior Order of Supervision and immediately return any confiscated property and documents to Petitioner.  Respondents shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge.  Respondents shall not remove Petitioner to a third-country without providing at least seven (7) days' notice and an opportunity to challenge such removal through a reasonable fear interview.  Respondents shall file a notice of compliance within twenty-four hours of the entry of Judgment.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  April 20, 2026 _____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2