**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LEVON PETROSIAN,

        Petitioner,

    v.

MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, et al.,

        Respondents.

Case No. 5:26-cv-01733-PA-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED.  Respondents shall immediately release Petitioner from custody on his prior Order of Supervision and immediately return any confiscated property and documents to Petitioner.  Respondents shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge.  Respondents shall not remove Petitioner to a third-country without providing at least seven (7) days' notice and an

. . . .

. . . .

opportunity to challenge such removal through a reasonable fear interview.  Respondents shall file a notice of compliance within twenty-four hours.

DATED:  April 20, 2026

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2